# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>HUNDLEY LANE GROUP INC.,<br><br>Defendant. | Adv. Proc. No. 25- 50830 (TMH) |

## ENTRY OF DEFAULT

It appears from the record that the Defendant Hundley Lane Group Inc. failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against the Defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Date: _____, 2025

*/s/ Stephen L. Grant, Sr.*
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4919-1252-7483.1 57097.001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al*.,<br><br>    Plaintiff,<br><br>vs.<br><br>HUNDLEY LANE GROUP INC.,<br><br>    Defendant. | Adv. Proc. No. 25- 50830 (TMH) |

**DECLARATION OF COUNSEL IN SUPPORT OF
<u>PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT</u>**

I, Peter J. Keane, hereby declare under penalty of perjury, pursuant to section 1746 of title 28 of the United States Code, as follows:

1.   I am an attorney admitted to practice in the State of Delaware and the United States Bankruptcy Court for the District of Delaware, among other jurisdictions.

2.   I submit this declaration (the "<u>Declaration</u>") in support of the *Plaintiff's Request for Entry of Default*, pursuant to Federal Rule of Civil Procedure 55(b)(1), made applicable by Federal Rule of Bankruptcy Procedure 7055.

---

[1]   The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4919-1252-7483.1 57097.001

3.  I am one of the attorneys for the above-captioned Plaintiff in this adversary proceeding and have personal knowledge of the facts set forth in this Declaration.

4.  On May 5, 2025, Plaintiff filed the *Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550* (the "Complaint")[2] [Adv. Docket No. 1] against defendant Hundley Lane Group Inc. (the "Defendant"), seeking recovery of avoidable transfers.

5.  On May 14, 2025, the summons (the "Summons") [Adv. Docket No. 3] was issued.

6.  The Summons stated that Defendant was required to file a response to the Complaint within 30 days of the date of issuance of the Summons.

7.  On May 14, 2025, Plaintiff served the Summons and the Complaint on Defendant and filed the Certificate of Service.

8.  The Complaint, Summons, and Certificate of Service are attached as **Exhibit 1** to this Declaration.

9.  The time within which Defendant may answer, move or otherwise respond to the Complaint has expired.

10. Defendant has not answered, moved or otherwise responded to the Complaint within the time limit fixed by Bankruptcy Rule 7012(a) as extended. In addition, I have examined the docket in the Adversary Proceeding, and no response by Defendant is reflected thereon.

---

[2] Capitalized terms used, but not otherwise defined herein shall have the meanings ascribed to them in the Complaint.

11. To the best of my knowledge and belief based upon the documents in our files, Defendant is not an infant, an incompetent person, or in the military service.

12. Pursuant to Del. Bank. L.R. 7055-1, a copy of Plaintiff's Request for Entry of Default, together with this Declaration, is contemporaneously being served on Defendant at the addresses listed on the Certificate of Service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 21, 2025

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

# **<u>Exhibit 1</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al*.,<br><br>Plaintiff,<br><br>vs.<br><br>HUNDLEY LANE GROUP INC.,<br><br>Defendant. | Adv. Proc. No. 25- 50830 (TMH) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 21st day of November, 2025, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Plaintiff's Request for Entry of Default (with Exhibit A);**

**Declaration of Counsel in Support of Plaintiff's Request for Entry of Default (with Exhibit 1)**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4919-1252-7483.1 57097.001                    1

**Hundley Lane Group Inc. Service List**
**Adv. Proc. No. 25-50830 (TMH)**


**FIRST CLASS MAIL**
Hundley Lane Group Inc.
Tim Shirk, President 4
70 W Broad St, # 1101
Columbus, OH 43215-2759

**FIRST CLASS MAIL**
Hundley Lane Group Inc.
c/o Registered Agent
Republic Registered Agent LLC
850 Euclid Ave, Suite 819
Cleveland, OH 44114