IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>HUNDLEY LANE GROUP INC.,<br><br>Defendant. | Adv. Proc. No. 25- 50830 (TMH) |

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, George L. Miller, in his capacity as Chapter 7 Trustee (the "Plaintiff"), for the above-captioned debtors (the "Debtors"), has requested entry of default against the defendant, Hundley Lane Group Inc. (the "Defendant") in the above-captioned adversary proceeding.

Plaintiff requests that a default judgment in the amount of $60,000.00 plus $350.00 in Court costs be entered based on (a) the Entry of Default against Defendant [Docket No. 6], (b) the details of the Affidavit of Counsel in Support of (I) Plaintiff's Request for Entry of Default (the "Affidavit") [Docket No. 6-1], and (c) the Complaint for Avoidance and

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4914-6989-7339.1 57097.001

Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550, with the accompanying Summons and Certificate of Service, attached to the Affidavit as Exhibit 1. A form of Entry of Default Judgment is attached hereto as <u>Exhibit A</u>.

| | |
|---|---|
| Dated: November 21, 2025 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | Edward A. Corma (DE Bar No. 6718) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:   bsandler@pszjlaw.com |
| |         pkeane@pszjlaw.com |
| |         ecorma@pszjlaw.com |
| | *Counsel to Plaintiff George L. Miller, Chapter 7 Trustee* |