# **Exhibit A**

4914-6989-7339.1 57097.001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>HUNDLEY LANE GROUP INC.,<br><br>　　　　　　　Defendant. | Adv. Proc. No. 25- 50830 (TMH) |

## JUDGMENT BY DEFAULT

Default has been entered against defendant Hundley Lane Group Inc., Plaintiff has requested entry of judgment and has filed an affidavit of the amount due, which affidavit states that this defendant is not in military service.  Furthermore, it appears from the record that this defendant is not an infant or incompetent person.  Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff in the amount of $60,000.00 plus $350.00 in Court costs.

Dated: _____, 2025        */s/ Stephen L. Grant, Sr.*_____
　　　　　　　　　　　　　　　　　　　　　Clerk of the Bankruptcy Court

　　　　　　　　　　　　　　　　　　By: _____

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4914-6989-7339.1 57097.001

2

Deputy Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>               Plaintiff,<br><br>vs.<br><br>HUNDLEY LANE GROUP INC.,<br><br>               Defendant. | Adv. Proc. No. 25- 50830 (TMH) |

### CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 21st day of November, 2025 , I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Plaintiff's Request for Entry of Default Judgment (with Exhibit A)**

                                          */s/ Peter J. Keane*
                                          Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

4914-6989-7339.1 57097.001

**Hundley Lane Group Inc. Service List**
**Adv. Proc. No. 25-50830 (TMH)**


**FIRST CLASS MAIL**
Hundley Lane Group Inc.
Tim Shirk, President 4
70 W Broad St, # 1101
Columbus, OH 43215-2759

**FIRST CLASS MAIL**
Hundley Lane Group Inc.
c/o Registered Agent
Republic Registered Agent LLC
850 Euclid Ave, Suite 819
Cleveland, OH 44114